UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17-cv-00187 (DSD/BRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JESS KRUCHOSKI AND LUKE TORNQUIST, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MIMEDX GROUP, INC., | ) ) |
| Defendant. | ) |

**THE GOVERNMENT'S NOTICE REGARDING REQUEST FOR VOLUNTARY DISMISSAL OF PLAINTIFF KRUCHOSKI**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that it does not consent to the voluntary dismissal of Plaintiff Jess Kruchoski, Dkt. No. 40, at this time.[1]  Since the United States' declination and the filing of Plaintiff Kruchoski's dismissal notice, new information has come to light bearing on this case.  The United States, therefore, intends to assess this information, including discussing it with Defendant, before consenting to dismissal of Plaintiff Kruchoski.  The United States has informed Plaintiff Kruchoski of this development, and Plaintiff Kruchoski does not object to the United States' position.  The United States will update the Court by October 1, 2019 regarding the status of its review.

---

[1] Plaintiff Tornquist has not filed a notice of voluntary dismissal.

Dated: July 10, 2019

JOSEPH H. HUNT
Assistant Attorney General

ERICA H. MACDONALD
United States Attorney

*s/ Ann M. Bildtsen*

BY: ANN M. BILDTSEN
Assistant U.S. Attorney
Attorney ID No. 271494
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
Ann.Bildtsen@usdoj.gov
(612) 664-5600

MICHAEL D. GRANSTON
SARA MCLEAN
GREGORY A. MASON
U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington D.C. 20044
Telephone: (202) 514-9472

Attorneys for the United States