UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17-cv-00187 (DSD/BRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JESS KRUCHOSKI AND LUKE TORNQUIST, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MIMEDX GROUP, INC., | ) ) |
| Defendant. | ) |

**THE UNITED STATE'S UPDATED NOTICE REGARDING REQUEST FOR VOLUNTARY DISMISSAL OF PLAINTIFF KRUCHOSKI**

On July 10, 2019, Dkt. No. 42, the United States notified the Court that it did not consent to the voluntary dismissal of Plaintiff Jess Kruchoski, Dkt. No. 40, based on new information in the case since the United States declined intervention and Kruchoski filed his dismissal notice.[1] *See* 31 U.S.C. § 3730(b)(1).  Since that time, The United States has been working with the parties toward resolving the case.  In light of this, the United States will notify the Court by December 31, 2019, regarding the status of the ongoing discussions and its position on consent to Kruchoski's dismissal.

---

[1] Plaintiff Tornquist has not filed a notice of voluntary dismissal.

Dated:  October 1, 2019         JOSEPH H. HUNT
                                Assistant Attorney General

                                ERICA H. MACDONALD
                                United States Attorney

                                *s/ Ann M. Bildtsen*

                                BY:  ANN M. BILDTSEN
                                Assistant U.S. Attorney
                                Attorney ID No. 271494
                                600 U.S. Courthouse
                                300 S. Fourth Street
                                Minneapolis, MN 55415
                                Ann.Bildtsen@usdoj.gov
                                (612) 664-5600

                                MICHAEL D. GRANSTON
                                SARA MCLEAN
                                GREGORY A. MASON
                                U.S. Department of Justice
                                P.O. Box 261, Ben Franklin Station
                                Washington D.C. 20044
                                Telephone: (202) 514-9472

                                Attorneys for the United States