UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17-cv-00187 (DSD/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| ex rel. JESS KRUCHOSKI AND | ) | |
| LUKE TORNQUIST, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MIMEDX GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 31 U.S.C. § 3730(c)(3) and the Parties' Stipulation to the United States' Partial Intervention for the Limited Purpose of Settlement of the Civil Action, and good cause having been shown, it is ordered that the United States is hereby granted leave to partially intervene in this *qui tam* action as set forth in the Stipulation and for the limited purpose of effectuating a settlement of this action among the Parties.

Dated: April 6, 2020

s/David S. Doty
David S. Doty, Judge
United States District Court